Case 1:19-cv-03808-MLB   Document 137   Filed 06/02/22   Page 1 of 3

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 02 2022

KEVIN P. WEIMER, Clerk
By: J. Kelley Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Pamela Powell, | Civil Action No. |
| Plaintiff, | 1:19-cv-03808-MLB |
| v. | JURY TRIAL DEMANDED |
| Burger Docs Atlanta, Inc., | |
| Defendant. | |

# VERDICT FORM

**Part I.    Title VII Retaliation**

Do you find from a preponderance of the evidence:

1. That Pamela Powell engaged in protected activity under Title VII?

    Answer Yes or No   __No__

    If your answer is "No," your deliberations are complete and the foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Pamela Powell was fired by Burger Docs because of her protected activity?

    Answer Yes or No   _____

1

If your answer is "No," your deliberations are complete and the foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

**Part II.    Damages**

If you answered "Yes" to both questions 1 and 2 above, you should answer the following questions.

1. Do you find that Pamela Powell should be awarded damages to compensate for a net loss of wages and benefits?

    Answer Yes or No      _____

    If your answer is "Yes," in what amount?    $_____

2. Do you find that Pamela Powell should be awarded damages to compensate for emotional pain and mental anguish?

    Answer Yes or No      _____

    If your answer is "Yes," in what amount?    $_____

If you did not award damages in response to either Question 1 or Question 2, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it. If you awarded damages in response to Question 1 or 2 (or both) of Part II, go to the next question.

3. Do you find that punitive damages should be assessed against Burger Docs?

2

Answer Yes or No         _____

If your answer is "Yes," in what amount?    $_____

                                SO SAY WE ALL.

                                _____
                                Foreperson's Signature

                                DATE  06/02/22