IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Pamela Powell,

          Plaintiff,

v.                                Case No. 1:19-cv-3808-MLB

Burger Docs Atlanta, Inc.,

          Defendant.

_____/

## JUDGMENT ON JURY VERDICT

This action came for trial before a jury and the Court, the Honorable Michael L. Brown, United States District Judge, presiding. The issues have been tried and the jury has rendered its verdict in favor of Defendant Burger Docs Atlanta, Inc., and against Plaintiff Pamela Powell.

Accordingly,

**IT IS ORDERED and ADJUDGED** that judgment is hereby entered in favor of Defendant Burger Docs Atlanta, Inc. and against Plaintiff Pamela Powell, that Plaintiff Pamela Powell take nothing, and that Defendant Burger Docs Atlanta, Inc. recover its costs of this action.

Dated in Atlanta, Georgia, this 22nd day of June, 2022.

                KEVIN P. WEIMER, Clerk of Court

                By:   s/Jessica Kelley
                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 22, 2022
Kevin P. Weimer
Clerk of Court

By: s/Jessica Kelley
      Deputy Clerk